

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00406-CV

| | | |
|---|---|---|
| R. Wayne Johnson | § | From the 158th District Court |
| | § | of Denton County (2013-20633-158) |
| v. | § | March 13, 2014 |
| Stephen Marsh | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed.  It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM